THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE BRUSSEL, JR., Relator, against HELENE B. BRUSSEL, Defendant. In the Matter of GEORGE BRUSSEL, JR., Appellant, against HELENE MARX et al., Respondents, et al., Defendants.— Order unanimously affirmed, with one bill of $20 costs and disbursements to respondents Lola Barker and Helene Marx. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ. [Order denied motion to adjudge defendants in contempt of court.]

■

MARILYN STRANSKY, Respondent, v. OTTO STRANSKY, Appellant.— Order unanimously modified so as to reduce alimony to $35 per week and counsel fee to $300 and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

ROSE ANZELOWITZ, Respondent, v. LOUIS ANZELOWITZ, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. The case should be noticed for trial and tried and disposed of without any unnecessary delay. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

ALICE MOORE, Appellant-Respondent, v. MARIE K. NEARY et al., Respondents-Appellants, et al., Defendants.— Order unanimously affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

In the Matter of FOSTER REALTY CORP., Respondent. SEYMOUR HILTON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

In the Matter of MILDRED VIGGIANI, Appellant, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

In the Matter of the Construction of the Will of BERTA VON ISENBURG, Deceased. CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of BERTA VON ISENBURG, Deceased, et al., Appellants-Respondents; CITY BANK FARMERS TRUST COMPANY, as Trustee under an Assignment Made by ROBIN B. COCKSEDGE and Another, Intervener, Appellant; JOHN LANE, as Special Guardian for Murray de Klee and Another, Infants, Respondent-Appellant; PHYLLIS D. FAILLE, Intervener, Respondent.— Motions for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1070; ante, p. 766.]